DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CLEOUS HAMILTON,**
Appellant,

v.

**TAO SAWGRASS CONDOMINIUM ASSOCIATION, INC.,**
Appellee.

No. 4D2024-1113

[October 23, 2025]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Florence Barner, Judge; L.T. Case No. COWE22003164.

Niti S. Sharan of Sharan Law Services P.A., Hollywood, for appellant.

Michael A. Rosenberg and Amanda H. Wasserman of Cole, Scott & Kissane, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and SHAW, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***